IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                2:20-cr-52

Derryle E. Hunter

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 36) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: September 7, 2021              s\James L. Graham
                                              James L. Graham
                                              United States District Judge